UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CLIFFORD RAYMOND SALAS,

    Petitioner,

v.                                                                                              Civ. No. 22-681 RB/GJF

UNITED STATES OF AMERICA,

    Respondent.

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Clifford Raymond Salas's handwritten letter challenging his sentence in Case No. 12-cr-3183-RB-GJF-3. ECF 1. Such a challenge must be raised in a 28 U.S.C. § 2255 habeas petition. *See Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996). Salas is warned that if he pursues relief now, "any subsequent § 2255 motion will be subject to the restrictions on 'second or successive'" habeas claims. *Castro v. United States*, 540 U.S. 375, 376 (2003).

**IT IS THEREFORE ORDERED** that, if Salas seeks relief from his federal sentence, he must file an amended § 2255 petition on the proper form within thirty (30) days of entry of this Order. The failure to timely comply this directive will result in dismissal of this case.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Salas a form § 2255 petition.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE